DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of K.S., K.S., and K.C. children.

D.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-1422
_____

October 17, 2025

Appeal from the Circuit Court for Pinellas County; Robert M. Gross, Judge.

Joseph Anthony Manzo, Largo, for Appellant.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit of Florida, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.